IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 21-cv-01380-NYW-JPO

INTERSTATE RESTORATION, LLC,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., and
ZURICH AMERICAN INSURANCE CO.,

    Defendants.

---

**ORDER APPROVING BOND AND STAYING ENFORCEMENT OF THE JUDGMENT**

---

THE COURT having reviewed Defendant Marriott International, Inc.'s Unopposed Motion to Approve Supersedeas Bond and Stay Enforcement of the Judgment [Doc. 157] enters the following order.

IT IS ORDERED that:

(1) Defendant Marriott International, Inc.'s Unopposed Motion to Approve Supersedeas Bond and Stay Enforcement of the Judgment [Doc. 157] is **GRANTED**;

(2) The Appeal Bond [Doc. 158] is **APPROVED**; and

(3) Enforcement of the Final Judgment [Doc. 149] is hereby **STAYED** pending appeal.

DATED: April 8, 2024

BY THE COURT:

_____
Nina Y. Wang
United States District Judge